UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

10 SEP -7 PM 1:54

U.S. BANKRUPTCY COURT
ST PAUL, MN

Unclaimed Dividends

Debtor: WILEBSKI, RICHARD GEORGE

Chapter 7 Case No. 09-30463-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Amount Paid |
|---|---|---|
| Capital One<br>PO Box 1366<br>Pittsburgh, PA  15230-1366 | $7,352.00 | $2,245.67 |
| TOTAL | | $2,245.67 |

Date: September 3, 2010

John A. Hedback, Trustee